UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**DANIEL DYDZAK,**

              Plaintiff,

    v.

**CHARLES SCHWAB, ET AL.,**

              Defendants.

Case No.  16-cv-04799-YGR

**ORDER ON PLAINTIFF'S APPLICATION FOR ORDER ENLARGING TIME; SETTING BRIEFING SCHEDULE; VACATING HEARING DATES**

Re: Dkt. No. 32

The Court has reviewed plaintiff Daniel Dydzak's application to continue the hearing date on defendants' motions to dismiss (Dkt. Nos. 9, 22, 24, and 29) and extend the briefing schedule for the same.  The Court notes that plaintiff has already failed to file oppositions to two of the motions to dismiss by the required deadlines.  Nevertheless, in the exercise of the Court's discretion, the Court **GRANTS** plaintiff's request for an extension and sets the following briefing schedule:  Plaintiff must file his response to defendants' motions to dismiss (Dkt. Nos. 9, 22, 24, and 29) no later than **November 1, 2016**.  Defendants must file their replies by **November 8, 2016.**  Plaintiff is forewarned that the Court may not grant extensions in the future should plaintiff fail to meet the noticed filing deadlines.

The Court **VACATES** the hearing set on defendants' motions to dismiss currently set for Tuesday, November 8, 2016.  The Court further **VACATES** the hearing set on plaintiff's motion to disqualify counsel and motion to strike defendant Ronald George's motion to dismiss (Dkt. No. 31) currently set for Tuesday, November 22, 2016.  The briefing schedule for this motion shall remain as noticed:  responses by October 21, 2016 and any replies by October 28, 2016.

Once briefing is complete on these motions, the Court may reset hearing dates, if necessary.

This Order terminates Docket Number 32.

**IT IS SO ORDERED.**

Dated: October 17, 2016

                              **YVONNE GONZALEZ ROGERS**
                        **UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California