UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL DYDZAK**,<br>     Plaintiff,<br>v.<br>**CHARLES SCHWAB, ET AL.**,<br>     Defendants. | Case No.  16-cv-04799-YGR<br><br>**ORDER REFERRING MOTION TO DISQUALIFY**<br>Re: Dkt. No. 72 |

*Pro se* plaintiff Daniel D. Dydzak filed this action on August 19, 2016 (Dkt. No. 1).  By order dated November 30, 2016, this Court dismissed the instant action.  (Dkt. No. 70.)

On December 5, 2016, plaintiff filed a motion to reconsider and reverse the Court's order dismissing his action.  (Dkt. No. 71.)  On December 7, 2016, plaintiff filed a motion to disqualify the undersigned.  (Dkt. No. 72.)

In accordance with 28 U.S.C. section 144 and Local Rule 3-14, the undersigned **REFERS** the motion to disqualify for random reassignment to another judge of this court.

Further action on plaintiff's motion for reconsideration at Docket Number 71 is **STAYED** pending decision on the motion to disqualify.

**IT IS SO ORDERED.**

Dated: December 8, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**